In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. ELAINE CHAPNIK, Admitted on June 16, 1980, at a Term of the Appellate Division, First Judicial Department. In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. JOANNE IRENE GABRYNOWICZ, Admitted on January 27, 1981, at a Term of the Appellate Division, First Judicial Department. [699 NYS2d 667] —Motions granted and respondents

reinstated as attorneys and counselors-at-law in the State of New York, effective the date hereof. No opinion. Concur—Ellerin, P. J., Nardelli, Williams, Mazzarelli and Saxe, JJ. [*See,* 230 AD2d 366; 240 AD2d 106.]